# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NORMAN J. LANDRY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00164-ALM-AGD |
| | § | |
| SHERIFF JAMES SKINNER, et al. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2026, the Report of the Magistrate Judge, (Dkt. #34), was entered containing proposed findings of fact and recommendation that (1) Plaintiff's Motion for Service (Dkt. #13) be denied as moot; (2) Defendants' Motion to Dismiss (Dkt. #17) be granted; and (3) Defendants' Motion to Dismiss for Want of Prosecution (Dkt. #24) be denied as moot. The Report further recommended that Plaintiff's case be dismissed with prejudice. The Report finally recommended that any request for relief not addressed by the Report be denied as moot.

On September 9 and 15, 2026, Plaintiff filed timely objections and supplemental objections to the Report (Dkts. ##35, 36). The Court has conducted a de novo review of Plaintiff's objections (Dkts. ##35, 36). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that (1) Plaintiff's Motion for Service (Dkt. #13) is **DENIED AS MOOT**; (2) Defendants' Motion to Dismiss (Dkt. #17) is **GRANTED**; and (3) Defendants' Motion to Dismiss for Want of Prosecution (Dkt. #24) is **DENIED AS MOOT**. It is further **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

It is finally **ORDERED** that any request for relief not previously granted is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE